# EUSTACE, PREZIOSO & YAPCHANYK
ATTORNEYS AT LAW

55 Water Street • 28th Floor
New York, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

| | |
|---|---|
| EDWARD M. EUSTACE<br>RICHARD C. PREZIOSO<br>CHRISTOPHER M. YAPCHANYK<br>LAUREN S. YANG<br><br>PAUL A. TUMBLESON<br>MAUREEN E. PEKNIC<br>ANTHONY J. TOMARI<br>ROBERT M. MAZZEI<br>ROBERT M. MICHELL<br>MILES A. LINEFSKY<br>DANIEL P. ROCCO<br>MICHAEL S. MUNGER<br>HILLARY A. FRAENKEL | PETER T. MENSCHING<br>VACH VIVACHARAWONGSE<br>CLAUDE E. LAROCHE<br>ROBERT K. BATES, JR.<br>MATTHEW W. LOESCHER<br>MICHELLE L. VIZZI<br>HEATHER MARTONE-SANTOS<br>MARY M. HOLUPKA<br><br>OF COUNSEL<br>ALAN J. HARRIS<br>BRENDAN HENNESSY<br>JONATHAN E. HILL<br>MICHELLE GRAMLICH<br>MITCHELL A. GREENE<br>BHAVLEEN K. SABHARWAL<br>JAMES C. GROSSO |

January 11, 2023

*Via electronic filing on PACER:*
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Maddy v. Dover Street Market New York, LLC*
Civil Action No.: 1:22-cv-05344

Dear Judge Cronan:

This office represents the Defendant in the above-referenced action. We write on behalf of both parties to advise the Court that the matter has settled. We accordingly request an adjournment of all scheduled dates for thirty (30) days to allow the parties to memorialize their settlement in an agreement.

Thank you for your consideration of this request.

Respectfully submitted,

Anthony J. Tomari

cc/ECF: Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375

The request is granted.  All deadlines, and the Initial Pretrial Conference scheduled for January 24, 2023, are adjourned sine die.  The parties shall submit a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 or a status letter as to the settlement by February 15, 2023.

SO ORDERED.

January 16, 2023
New York, New York

JOHN P. CRONAN
United States District Judge