UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
VERONICA MADDY,                                                        :
:
Plaintiff,                                                             :
:                  22 Civ. 5344 (JPC)
-v-                                                                    :
:                  ORDER
DOVER STREET MARKET NEW YORK, LLC,                                     :
:
Defendant.                                                             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On January 16, 2023, the Court directed parties to file a stipulation of dismissal or a status letter as to settlement by February 16, 2023. That deadline has passed, and the docket does not reflect any compliance with the Court's order. Accordingly, the parties' deadline to submit a stipulation of voluntary dismissal or a status letter as to settlement is adjourned to February 23, 2023. Continued failure to comply with the Court's orders may result in an order dismissing the case for failure to prosecute.

    SO ORDERED.

Dated: February 16, 2023
        New York, New York
                                                      JOHN P. CRONAN
                                                      United States District Judge